IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **RICHARD PREIS, et al.,** )<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>**LEXINGTON INSURANCE** )<br>**COMPANY, et al.,** )<br>)<br>**Defendants.** ) | **CIVIL ACTION 06-0360-WS-C** |

**ORDER**

This matter is before the Court on the plaintiffs' "Motion to Strike Bill of Costs." (Doc. 166). The motion addresses the bill of costs filed by defendants T & B, Ltd. and Allen Ladd ("the defendants"), (Doc. 164), who were recently granted summary judgment. (Doc. 161). The motion to strike raises four grounds, none colorable.

First, the plaintiffs complain that the defendants filed no motion to tax. True, but the defendants properly filed a bill of costs. Fed. R. Civ. P. 54(d)(1); Local Rule 54.1.

Second, the plaintiffs assert there is "no contractual or legal reason why" they should be taxed with costs, because they "filed valid claims against the Defendants in good faith." However, "[g]ood faith without more ... is an insufficient basis for denying costs to a prevailing party." *Pickett v. Iowa Beef Processors*, 149 Fed. Appx. 831, 832 (11th Cir. 2005) (internal quotes omitted).

Third, the plaintiffs note the defendants made no Rule 68 offer of judgment. Rule 68, however, operates independently of Rule 54(d). The latter rule governs the award of costs to a prevailing party; the former rule allows, in some circumstances, an award of costs to one who is not a prevailing party.

Finally, the plaintiffs object that the Court's order granting the defendants summary judgment did not order that costs be taxed. Costs, however, "shall be allowed

as of course to the prevailing party unless the court otherwise directs." Fed. R. Civ. P. 54(d)(1).  The Court did not otherwise direct.  "It was therefore unnecessary for the court affirmatively to direct that the prevailing defendant be allowed costs."  *Lucas v. Florida Light & Power Co.*, 729 F.2d 1300, 1301 (11th Cir. 1984).

For the reasons set forth above, the motion to strike is **denied**.


DONE and ORDERED this 9th day of July, 2007.


                                              s/ WILLIAM H. STEELE
                                              UNITED STATES DISTRICT JUDGE